# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08mj8092
2008 FEB 14 P 4: 11

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR 371-IEG |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Priscilla Hernandez | ) | Booking No. 05936298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __02/14/08__
the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ 20,000 bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by Teresa Alvarez Romero
   Deputy Clerk

Received _____
       DUSM

Crim-9  (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY