**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
Candis_Mitchell@fd.org

Attorneys for Ms. Priscilla Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   08CR371-IEG |
| Plaintiff, | DATE: March 24, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| | NOTICE OF MOTIONS AND MOTIONS TO: |
| **PRISCILLA HERNANDEZ**, | |
| Defendant. | (1)   COMPEL DISCOVERY; |
| | (2)   PRESERVE EVIDENCE; |
| | (3)   RE-WEIGH NARCOTIC EVIDENCE, AND; |
| | (4)   GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:   KAREN HEWITT, INTERIM UNITED STATES ATTORNEY, AND
        RANDY JONES, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Priscilla Hernandez, by and through her attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

Defendant, Priscilla Hernandez, by and through her attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery;

(2)   Preserve Evidence;

(3)   Re-Weigh Narcotic Evidence; and

(4)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 26, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Hernandez
Candis_Mitchell@fd.org