UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                                                          )<br>                    Plaintiff,              )<br>v.                                                      )<br>                                                          )<br>**PRISCILLA HERNANDEZ,**            )<br>                                                          )<br>                    Defendant.          )<br>_____)   | CASE NO.: 08CR371-IEG<br><br>CERTIFICATE OF SERVICE |

  Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Randy Jones
    Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101

and mailed to:

    Priscilla Hernandez
    666 Sepulveda Blvd.
    Apt #119
    Van Nuys, CA 91411

Dated: February 26, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org