| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | RANDY K. JONES |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 141711 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-5684; (619) 557-7381 |
| | randy.jones2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0371-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| PRISCILLA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

   None

//

//

//

1   Effective this date, the following attorneys are no longer associated with this case and should
2   not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   Name    (If none, enter "None" below)
6   None.

7

8   Please call me if you have any questions about this notice.
9   DATED:  February 29, 2008

                                            Respectfully submitted,
10
                                            KAREN P. HEWITT
11                                          United States Attorney

12                                          s/Randy K. Jones
                                            _____
13                                          RANDY K. JONES
                                            Assistant United States Attorney
14                                          Attorneys for Plaintiff
                                            United States of America
15                                          Email: randy.jones2@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27
    Notice of Appearance
28  United States v. Hernandez            2                       08CR0371-IEG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>                    Plaintiff,           )<br>                                                            )<br>        v.                                                )<br>                                                            )<br> PRISCILLA HERNANDEZ,               )<br>                                                            )<br>                    Defendant.        )<br>                                                            ) | Case No. 08CR0371-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Candis Lea Mitchell      Email:   Candis_Mitchell@fd.org

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 29, 2008          s/ Randy K. Jones
                                                                       RANDY K. JONES

Notice of Appearance
United States v. Hernandez                           3                                08CR0371-IEG