```
FILED
MAR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0371-IEG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO VIEW, PRESERVE, AND** |
| v. | ) | **PHOTOGRAPH THE VEHICLE** |
| | ) | |
| **PRISCILLA HERNANDEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents the vehicle seized in the above-referenced case at least four weeks prior to trial for examination, viewing and photographing.

Additionally, it is ordered that the government preserve the following evidence during the pendency of this case: the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, the spare tire, all of the contents of the vehicle and any personal effects taken from Ms. Fernandez. Further, that all government agencies and private contractors having custody of such evidence be notified of this preservation order.

**SO ORDERED.**

Dated: 3/24/08

HONORABLE IRMA E. GONZALEZ
U.S. District Court Judge

08CR0371-IEG