FILED
MAR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRISCILLA HERNANDEZ, ) <br> ) <br> Defendant. ) | Case No.: 08CR0371-IEG <br><br> **ORDER TO PRESERVE AND RE-WEIGH DRUG EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents the drugs seized in the above-referenced case for examination and weighing without packaging. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Ms. Hernandez, and an opportunity to respond.

**SO ORDERED.**

Dated: 3/24/08

*/s/ Irma E. Gonzalez*
HONORABLE IRMA E. GONZALEZ
United States District Court Judge

08CR0371