**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Ms. Priscilla Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR371-IEG |
| Plaintiff, | ) |
| v. | ) ACKNOWLEDGMENT OF |
| | ) NEXT COURT DATE |
| **PRISCILLA HERNANDEZ,** | ) |
| Defendant. | ) |

I, Priscilla Hernandez, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is May 29, 2008, at 9:00 a.m., before the Honorable Irma E. Gonzalez. Additionally, I acknowledge that the trial date in this above captioned case has been changed from June 3, 2008, to June 10, 2008, at 9:00 a.m.

I declare that the forgoing is true and correct.

DATED: 5-5-08

/PRISCILLA HERNANDEZ