UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08CR371-IEG |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| **PRISCILLA HERNANDEZ,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Randy Jones, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: May 13, 2008              */s/ Candis Mitchell*
                                 **CANDIS MITCHELL**
                                 Federal Defenders
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467 (tel)
                                 (619) 687-2666 (fax)
                                 E-mail: Candis_Mitchell@fd.org