1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5
   Attorneys for Ms. Priscilla Hernandez
6

7

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE IRMA E. GONZALEZ)**

11 UNITED STATES OF AMERICA,          )   Case No.: 08CR371-IEG
                                      )
12              Plaintiff,            )   DATE: May 29, 2008
                                      )   TIME: 2:00 p.m.
13 v.                                 )
                                      )   NOTICE OF MOTIONS AND MOTIONS *IN
14 **PRISCILLA HERNANDEZ**,           )   LIMINE* TO:
                                      )
15              Defendant.            )   1)  PRECLUDE EVIDENCE UNDER 404(B)
                                      )       AND 609;
16                                    )   2)  GRANT ATTORNEY CONDUCTED
                                      )       VOIR DIRE;
17                                    )   3)  EXCLUDE 403 EVIDENCE;
                                      )   4)  PRECLUDE TESTIMONY FROM
18                                    )       EXPERTS WITHOUT NOTICE;
                                      )   5)  PROHIBIT STREET VALUE
19                                    )       TESTIMONY;
                                      )   6)  EXCLUDE EVIDENCE OF
20                                    )       STRUCTURE;
                                      )   7)  PRECLUDE MARIJUANA FROM
21                                    )       COURTROOM;
                                      )   8)  ORDER PRODUCTION OF
22                                    )       SUPPLEMENTAL REPORTS AND
                                      )       TECS;
23                                    )   9)  COMPEL THE GOVERNMENT TO
                                      )       ESTABLISH CHAIN OF CUSTODY;
24                                    )       AND,
                                      )   10) SUPPRESS ANY STATEMENTS BY
25                                        MS. HERNANDEZ.

26 _____     _____

27 TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
         RANDY JONES, ASSISTANT UNITED STATES ATTORNEY
28

**PLEASE TAKE NOTICE** that, on May 29, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Priscilla Hernandez, by and through her attorneys, Candis Mitchell, Victor Pippins and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

## MOTIONS

Priscilla Hernandez, by and through her counsel, Candis Mitchell, Victor Pippins, and Federal Defenders of San Diego, Inc., brings these motions *in limine* and other trial motions to:

1) Preclude Evidence under 404(b) and 609;
2) Grant Attorney Conducted Voir Dire;
3) Exclude 403 Evidence;
4) Preclude Testimony from Experts Without Notice;
5) Prohibit Street Value Testimony;
6) Exclude Evidence of Structure ;
7) Preclude Marijuana from Courtroom;
8) Order Production of Supplemental Reports and TECS;
9) Compel the Government to Establish Chain of Custody; And,
10) Suppress Statements.

Ms. Hernandez brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules. This motion is based on the previously submitted statement of facts and memorandum of points and authorities.

Respectfully submitted,

Dated: May 15, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Hernandez
candis_mitchell@fd.org