UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR371-IEG |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **PRISCILLA HERNANDEZ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

        Randy Jones
        Assistant United States Attorney
        880 Front Street
        San Diego, CA 92101

and mailed to:

        Priscilla Hernandez
        666 Sepulveda Blvd.
        Apt #119
        Van Nuys, CA 91411

Dated: May 15, 2008

    s/ *Candis Mitchell*
    **CANDIS MITCHELL**
    Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel); (619) 687-2666 (fax)
    E-mail:Candis_Mitchell@fd.org