1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE IRMA E. GONZALEZ)**

11  UNITED STATES OF AMERICA,        )    CASE NO. 08CR0371-IEG
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )    **NOTICE OF APPEARANCE AS CO-COUNSEL**
                                     )
14  PRISCILLA HERNANDEZ,             )
                                     )
15              Defendant.           )
                                     )
16  _____ )

17

18          Pursuant to implementation of the CM/EMF procedures in the Southern District of

19  California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-

20  counsel in the above-captioned case.

21                                        Respectfully submitted,

22

23  Dated: May 28, 2008              */s/ Victor N. Pippins*_____
                                     Federal Defenders of San Diego, Inc.
24                                   Attorneys for Defendant
                                     Victor_Pippins@fd.org
25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  May 28, 2008

 _/s/ Victor N. Pippins_
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org email