**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
Candis_Mitchell@fd.org

Attorneys for Ms. Priscilla Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR371-IEG |
| Plaintiff, | ) | DATE: June 10, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| | ) | **DEFENDANT'S PROPOSED VOIR DIRE** |
| **PRISCILLA HERNANDEZ**, | ) | **SUBJECTS OF QUESTIONING** |
| Defendant. | ) | |
| | ) | |

TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
      RANDY JONES, ASSISTANT UNITED STATES ATTORNEY.

Ms. Priscilla Hernandez, by and through his counsel, Candis Mitchell, Victor Pippins, and Federal Defenders of San Diego, Inc., and pursuant to Federal Rule of Criminal Procedure 24(a), submits these subjects of questioning for the requested attorney-conducted voir dire. In the alternative, Ms. Priscilla Hernandez requests that the Court address the following subjects of questioning in the Court's examination of the prospective jurors.

Respectfully submitted,

Dated: May 28, 2008      *s/ Candis Mitchell*
                          **CANDIS MITCHELL**
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Ms. Priscilla Hernandez

**PROPOSED VOIR DIRE QUESTIONS**

**TESTIMONY BY LAW ENFORCEMENT**

1. This case will involve testimony from law enforcement officials, including special agents of the Customs and Border Protections and Immigration and Customs Enforcement. Do any of you believe that testimony by law enforcement officials is inherently more reliable or truthful simply because of that witness' job within the United States government? Would any of you believe that an agent is more likely to tell the truth solely because they are a law enforcement officer?

2. Is there anyone who thinks, because of their role as law enforcement agents, the testimony of an agent deserves more consideration or carries more weight, than that of an ordinary witness? Or if the agent's testimony carries more weight than the testimony of Ms. Hernandez if she chooses to testify?

3. If the testimony by law enforcement officials is not supported by other evidence introduced at trial or even conflicts with such evidence, would you still find the testimony credible simply because of its source?

**PRESUMPTION OF INNOCENCE**

1. Has everyone heard the phrase–"presumed innocent until proven guilty"? Can you describe that phrase in your own words? Why do you think we have such a standard in the U.S.?

2. Is there anyone who feels that if Ms. Hernandez has been charged with such a serious crime, it probably means she did it?

3. Every person that is charged with a crime is innocent until proven guilty. You must presume Ms. Hernandez is innocent throughout the entire proceeding until you reach a verdict. Is anybody uncomfortable with this concept or think that this concept is wrong?

4. The government has the burden to prove every element of this case beyond a reasonable doubt. If it does not do that, you must find Ms. Hernandez not guilty. Some people have strong feelings about the government's role in a case like this. For example, this case will turn on whether Ms. Hernandez knew there was marijuana in the car. Do any of you feel so strongly about this that your personal feelings would prevent you from following the judge's instructions?

**BORDER/IMMIGRATION**

    1. How many of you have never been through a port of entry into or out of Mexico?

    2. How many of you or your family members have recently crossed the United States-Mexico border? What were your experiences when you reached the Customs booth?

    3. Have any of you ever been referred to the secondary inspection are at the border? How did you feel?

    4. Has anyone ever crossed through either Calexico Ports of Entry?

**DRUGS**

    1. Ms. Hernandez is accused of importing marijuana from Mexico into the United States. Does anyone have such strong feelings against drugs and drug use that they would be unable to weigh the evidence in this case to determine whether the government has proven their accusations? Does anyone have strong feelings about drugs that would keep them from being a fair and impartial juror? Does anyone have such strong feelings about marijuana that they would not be able to sit on this case. Does the amount of marijuana alone make someone believe that Ms. Hernandez is guilty?

**MERE PRESENCE OF DRUGS**

    1. At the close of the case, you'll be told that mere proximity to the marijuana does not establish that Ms. Hernandez knowingly possessed the marijuana. In other words, just because the marijuana was in the car, that does not prove that she knew the drugs were in there. Does that make sense to you? Does anyone have a problem following that instruction?

**REASONABLE DOUBT/BURDEN OF PROOF**

    1. Do you realize that the burden of proof is greater for a criminal case than for a civil case and that the government must prove each element of each charged offense beyond a reasonable doubt? That is, proof that leaves you <u>firmly convinced</u> that someone did what they are accused of?

    2. Does anyone here believe they could not apply this high standard in this criminal case?

    3. If the prosecution put on its case and we, the defense, did nothing, i.e., we did not question any government witnesses or put on any evidence of our own, is there anyone here who would not be able to

vote not guilty?  In other words, is there anyone here who would <u>have to</u> hear from both sides in order to judge Ms. Hernandez not guilty?

4.  Do you understand that it is not Ms. Hernandez's burden to prove that she did not do what she is accused of, but rather, the government must prove to you that she did?  Is there anyone who would expect the defense to put on a case or produce some evidence before they could vote not guilty?

**FIFTH AMENDMENT RIGHT NOT TO TESTIFY**

1.  Do you understand that Ms. Hernandez has an absolute right under the Fifth Amendment of the Constitution not to testify?

2.  Is there anyone here who feels that they definitely could not render a not guilty verdict if they did not hear from Ms. Hernandez personally?

3.  Can any of you imagine innocent reasons why an individual would chose not to testify?