MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

United States  VS  Hernandez

x Plaintiff  ___ Defendant  ___ Court   Type of Hearing: Evidentiary Motion Hrg

Case Number: 08cr0371 IEG

| NO. | IDENT. | EVID. | | Witnesses |
|---|---|---|---|---|
| 1 | May 29, 2008 | May 29, 2008 | Miranda Right Form | **Plantiff Witnesses CST** |
| 2 | May 29, 2008 | May 29, 2008 | DVD - Video Deposition | Russel Venck, Jr. |