KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant U.S. Attorney
California State Bar No. 141711
Federal Office Building
880 Front Street, Fifth Floor
San Diego, California 92101-8893
Telephone: (619) 557-5684

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR0371-IEG |
| Plaintiff, ) | DATE: June 10, 2008 |
| ) | TIME: 9:00 a.m. |
| v. ) | |
| ) | **GOVERNMENT'S PROPOSED** |
| PRISCILLA HERNANDEZ, ) | **JURY INSTRUCTIONS** |
| Defendant. ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and RANDY K. JONES, Assistant United States Attorney, and hereby submits its proposed jury instructions.

The Government also requests leave to offer further jury instructions as may become relevant during the course of trial.

DATED: June 5, 2008

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/ Randy K. Jones

                                          RANDY K. JONES
                                          Assistant U.S. Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0371-IEG |
| Plaintiff, |   |
| v. |   |
|   | CERTIFICATE OF SERVICE |
| PRISCILLA HERNANDEZ, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Government's Proposed Jury Instructions** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.   Candis Lea Mitchell            Email:   Candis_Mitchell@fd.org**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008                         s/ Randy K. Jones
                                                              RANDY K. JONES