1    COURT'S INSTRUCTION NO. ___

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4        Ladies and gentlemen:  You now are the jury in this case, and I want to take a few

5    minutes to tell you something about your duties as jurors and to give you some instructions.

6    At the end of the trial I will give you more detailed instructions.  Those instructions will

7    control your deliberations.

8        It will be your duty to decide from the evidence what the facts are.  You, and you

9    alone, are the judges of the facts.  You will hear the evidence, decide what the facts are, and

10   then apply those facts to the law which I will give you.  That is how you will reach your

11   verdict.  In doing so you must follow that law whether you agree with it or not.  The evidence

12   will consist of the testimony of witnesses, documents, and other things received into evidence

13   as exhibits and any facts on which the lawyers agree or which I may instruct you to accept.

14       You should not take anything I may say or do during the trial as indicating what I

15   think of the evidence or what your verdict should be.

16

17

18

19

20

21

22

23

24

25

26   Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury

27   Instructions for the Ninth Circuit, § 1.1 [2006 Edition - West Publishing Co.]

28   [Duty of Jury]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

This is a criminal case brought by the United States government.

The Government charges the defendant with importation of Marijuana and possession of Marijuana with intent to distribute.  The charges against the defendant are contained in the Indictment.  The Indictment is simply the description of the charge made by the Government against the defendant; it is not evidence of anything.

In order to help you follow the evidence, I will now give you a brief summary of the elements of the crimes which the government must prove to make its case:

A.    In order for the defendant to be found guilty of importation of Marijuana, the Government must prove that the defendant knowingly brought Marijuana into the United States.

B.    In order for the defendant to be found guilty of possession of Marijuana with intent to distribute, the Government must prove that the defendant knowingly possessed Marijuana, and that the defendant possessed the Marijuana with the intent to deliver it to another person.

For the importation and possession charges it does not matter whether the defendant knew that the substance was Marijuana; it is sufficient that the defendant knew that it was some kind of a prohibited drug.  These instructions are preliminary and the instructions I will give at the end of the case will control.

The defendant has pleaded not guilty to the charges and is presumed innocent unless and until proved guilty beyond a reasonable doubt.  A defendant has a right to remain silent and never has to prove innocence or present any evidence.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.2 [2006 Edition - West Publishing Co.]

[The Charge - Presumption of Innocence]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


The evidence you are to consider in deciding what the facts are consists of:

(1)     the sworn testimony of any witness;

(2)     the exhibits which are to be received into evidence; and

(3)     any facts to which all the lawyers stipulate.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.3 [2006 Edition - West Publishing Co.]

[What is Evidence]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

The following things are not evidence, and you must not consider them as evidence in deciding the facts of this case:

1.    statements and arguments of the attorneys;

2.    questions and objections of the attorneys;

3.    testimony that I instruct you to disregard; and

4.    anything you may see or hear when the court is not in session even if what you see or hear is done or said by one of the parties or by one of the witnesses.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.4 [2006 Edition - West Publishing Co.]

[What is not Evidence]

08CR0371-IEG

1
2

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3      Some evidence is admitted for a limited purpose only.  When I instruct you that an

4  item of evidence has been admitted for a limited purpose, you must consider it only for that

5  limited purpose and for no other.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
   Instructions for the Ninth Circuit, § 1.5 [2006 Edition - West Publishing Co.]

27

28  [Evidence for Limited Purpose]

1                              COURT'S INSTRUCTION NO. ___

2                  GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4        Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact,

5 such as testimony by a witness about what that witness personally saw or heard or did.

6 Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from

7 which one can find another fact. You are to consider both direct and circumstantial evidence.

8 The law permits you to give equal weight to both, but it is for you to decide how much weight

9 to give to any evidence.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
Instructions for the Ninth Circuit, § 1.6 [2006 Edition - West Publishing Co.]

[Direct and Circumstantial Evidence]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

There are rules of evidence which control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule the objection, the question may be answered or the exhibit received. If I sustain the objection, the question cannot be answered, and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer would have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider the evidence which I told you to disregard.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.7 [2006 Edition - West Publishing Co.]

[Ruling on Objections]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

From time to time during the trial, it may become necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess.  Most often these conferences will involve determination as to whether evidence is admissible under the rules of evidence.  It is appropriate to take these matters up outside the presence of the jury.  Should I conclude that a more prolonged discussion is necessary I may excuse you from the courtroom.

We will, of course, do what we can to keep the number and length of these conferences to a minimum. I may not always grant an attorney's request for a conference. Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 2.2 [2006 Edition - West Publishing Co.]

[Bench Conferences and Recesses]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


Languages other than English may be used during this trial. The evidence you are to consider is only that provided through the official court interpreters. Although some of you may know the non-English language used, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English interpretation. You must disregard any different meaning of the non-English words.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.13 [2006 Edition - West Publishing Co.]

[Jury to Be Guided by Official English Translation/Interpretation]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

I will now say a few words about your conduct as jurors.

First, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else, nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately;

Second, do not read any news stories or articles or listen to any radio or television reports about the case or about anyone who has anything to do with it;

Third, do not do any research, such as consulting dictionaries, searching the Internet, or using reference materials, and do not make any investigation about the case on your own; investigation about the case on your own;

Fourth, if you need to communicate with me, simply give a signed note to the bailiff to give to me; and

Fifth, do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.9 [2006 Edition - West Publishing Co.]

[Conduct of the Jury]

1    COURT'S INSTRUCTION NO. ___

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4        If you wish, you may take notes to help you remember what witnesses said.  If you

5    do take notes, please keep them to yourself until you and your fellow jurors go to the jury

6    room to decide the case.  Do not let note taking distract you so that you do not hear other

7    answers by witnesses.  When you leave, your notes should be left in the court room.

8        Whether you take notes or not, you should rely on your own memory of what was

9    said.  Notes are only to assist your memory.  You should not be overly influenced by the

10   notes.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury

27   Instructions for the Ninth Circuit, § 1.11 [2006 Edition - West Publishing Co.]

28   [Taking Notes]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law which applies to this case. A copy of these instructions will be available in the jury room for you to consult.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath promising to do so at the beginning of the case.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all equally important. You must not read into these instructions or into anything the court may have said or done any suggestion as to what verdict you should return—that is a matter entirely up to you.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.1 [2006 Edition - West Publishing Co.]

[Duties of Jury to Find Facts and Follow Law]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

  The Indictment is not evidence. The defendant has pleaded not guilty to the charge. The defendant is presumed to be innocent and does not have to testify or present any evidence to prove innocence. The Government has the burden of proving every element of the charge beyond a reasonable doubt.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.2 [2006 Edition - West Publishing Co.]

[Charge Against Defendant Not Evidence-Presumption of Innocence-Burden of Proof]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


        Proof beyond a reasonable doubt is proof that leaves you firmly convinced that the defendant is guilty.  It is not required that the government prove guilt beyond all possible doubt.

        A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation.  It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

        If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty.  On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.5 [2006 Edition - West Publishing Co.]

[Reasonable Doubt-Defined]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

A defendant in a criminal case has a constitutional right not to testify. No presumption of guilt may be raised, and no inference of any kind may be drawn, from the fact that the defendant did not testify.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.3 [2006 Edition - West Publishing Co.]

[Defendant's Decision Not to Testify]

08CR0371-IEG

1

COURT'S INSTRUCTION NO. ___

2

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4          The defendant has testified.  You should treat this testimony just as you would the

5    testimony of any other witness.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
     Instructions for the Ninth Circuit, § 3.4 [2006 Edition - West Publishing Co.]

28    [Defendant's Decision to Testify]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


The evidence from which you are to decide what the facts are consists of:

(1) the sworn testimony of any witness;

(2) the exhibits which have been received into evidence; and

(3) any facts to which all the lawyers have stipulated.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.6 [2006 Edition - West Publishing Co.]

[What is Evidence]

COURT'S INSTRUCTION NO. ____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


In reaching your verdict you may consider only the testimony and exhibits received into evidence. Certain things are not evidence and you may not consider them in deciding what the facts are. I will list them for you:

1.     Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, [will say in their] closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2.     Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the question, the objection, or the court's ruling on it.

3.     Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

4.     Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.


Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.7 [2006 Edition - West Publishing Co.]

[What is Not Evidence]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony of an eyewitness. Circumstantial evidence is indirect evidence, that is, proof of a chain of facts from which you could find that another fact exists, even though it has not been proved directly. You are to consider both kinds of evidence. The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.8 [2006 Edition - West Publishing Co.]

[Direct and Circumstantial Evidence]

08CR0371-IEG

1

COURT'S INSTRUCTION NO. ____

2

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4

        In deciding the facts in this case, you may have to decide which testimony to believe

and which testimony not to believe.  You may believe everything a witness says, or part of

5

it, or none of it.

6

        In considering the testimony of any witness, you may take into account:

7

8

        1.      the opportunity and ability of the witness to see or hear or know the things

                testified to;

9

10

        2.      the witness's memory;

11

        3.      the witness's manner while testifying;

12

        4.      the witness's interest in the outcome of the case and any bias or prejudice;

13

        5.      whether other evidence contradicted the witness's testimony;

14

        6.      the reasonableness of the witness's testimony in light of all the evidence; and

15

        7.      any other factors that bear on believability.

16

        The weight of the evidence as to a fact does not necessarily depend on the number of

witnesses who testify.

17

18

19

20

21

22

23

24

25

26

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
Instructions for the Ninth Circuit, § 3.9 [2006 Edition - West Publishing Co.]

27

28

[Credibility of Witnesses]

1                               COURT'S INSTRUCTION NO. ___

2                    GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4            The evidence you are to consider is only that provided through the official court

5 interpreters. Although some of you may know the non-English language used, it is important

6 that all jurors consider the same evidence. Therefore, you must base your decision on the

7 evidence presented in the English interpretation. You must disregard any different meaning

8 of the non-English words.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury

27 Instructions for the Ninth Circuit, § 3.20 [2006 Edition - West Publishing Co.]

28 [Jury to be Guided by Official English Translation/Interpretation]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


You are here only to determine whether the defendant is guilty or not guilty of the charges in the indictment.  Your determination must be made only from the evidence in the case.  The defendant is not on trial for any conduct or offense not charged in the indictment. You should consider evidence about the acts, statements, and intentions of others, or evidence about other acts of the defendant, only as they relate to this charge against the defendant.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.10 [2006 Edition - West Publishing Co.]

[Evidence of Other Acts of Defendant or Acts and Statements of Others]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


     A separate crime is charged against the defendant in each count.  You must decide each count separately.  Your verdict on one count should not control your verdict on any other count.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.12 [2006 Edition - West Publishing Co.]

[Separate Consideration of Multiple Counts–Single Defendant]

08CR0371-IEG

1                           COURT'S INSTRUCTION NO. ___

2                   GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4        The defendant is charged in Count One of the Indictment with unlawful importation

5  of Marijuana in violation of Sections 952 and 960 of Title 21 of the United States Code.  In

6  order for the defendant to be found guilty of that charge, the Government must prove each of

7  the following elements beyond a reasonable doubt:

8        First, the defendant knowingly brought Marijuana into the United States; and

9        Second, the defendant knew that it was Marijuana or some other prohibited drug.

10       It does not matter whether the defendant knew that the substance was Marijuana.  It

11  is sufficient that the defendant knew that it was some kind of a prohibited drug.

26  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
27  Instructions for the Ninth Circuit, § 9.27 modified [2006 Edition - West Publishing Co.]

28  [Controlled Substance – Unlawful Importation]

1       COURT'S INSTRUCTION NO. ___

2       GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4           An act is done knowingly if the defendant is aware of the act and does not [act]

5   [fail to act] through ignorance, mistake, or accident.  The government is not required to prove

6   that the defendant knew that his acts or omissions were unlawful.  You may consider

7   evidence of the defendant's words, acts, or omissions, along with all the other evidence, in

8   deciding whether the defendant acted knowingly.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
    Instructions for the Ninth Circuit, § 5.6 [2006 Edition - West Publishing Co.]

27

28  [Knowingly – Defined]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

The defendant is charged in Count Two of the Indictment with possession of Marijuana with intent to distribute in violation of Section 841(a)(1) of Title 21 of the United States Code. In order for the defendant to be found guilty of that charge, the Government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly possessed Marijuana; and

Second, the defendant possessed it with the intent to deliver it to another person.

It does not matter whether the defendant knew that the substance was Marijuana. It is sufficient that the defendant knew that it was some kind of a prohibited drug.

To "possess with intent to distribute" means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 9.13 [2006 Edition - West Publishing Co.]

[Controlled Substance – Possession With Intent to Distribute]

08CR0371-IEG

1    COURT'S INSTRUCTION NO. ___

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4        A person has possession of something if the person knows of its presence and has

5    physical control of it, or knows of its presence and has the power and intention to control it.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
        Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
27    Instructions for the Ninth Circuit, § 3.18 [2006 Edition - West Publishing Co.]

28    [Possession-Defined]

08CR0371-IEG

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


The intent of a person or the knowledge that a person possesses at any given time may not ordinarily be proved directly because there is no way of directly scrutinizing the workings of the human mind. In determining the issue of what a person knew or what a person intended at a particular time, you may consider any statements made or acts by that person and all other facts and circumstances received in evidence which may aid in your determination of that person's knowledge or intent.

You may infer, but you are certainly not required to infer, that a person intends the natural and probable consequences of acts knowingly done or knowingly omitted. It is entirely up to you, however, to decide what facts to find from the evidence received during this trial.

Devitt, Blackmar, Wolff & O'Malley, <u>Federal Jury Practice and Instructions</u>, § 17.07 (4th Ed. 1992)

[Proof of Knowledge or Intent]

08CR0371-IEG

COURT'S INSTRUCTION NO. ____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


The indictment charges that the offense alleged was committed "on or about" a certain date.

Although it is necessary for the Government to prove beyond a reasonable doubt that the offense was committed on a date reasonably near the date alleged in the indictment, it is not necessary for the Government to prove that the offense was committed precisely on the date charged.

Devitt, Blackmar, Wolff & O'Malley, <u>Federal Jury Practice and Instructions</u>, § 13.05 (4th Edition 1992)

["On or About" – Explained]

COURT'S INSTRUCTION NO. ____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


You have heard testimony that the defendant made a statement. It is for you to decide (1) whether the defendant made the statement, and (2) if so, how much weight to give to it. In making those decisions, you should consider all of the evidence about the statement, including the circumstances under which the defendant may have made it.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 4.1 [2006 Edition - West Publishing Co.]

[Statements by Defendant]

08CR0371-IEG

1    COURT'S INSTRUCTION NO. ___

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4    You have heard testimony from persons who, because of education or experience, are

5    permitted to state opinions and the reasons for their opinions.

6    Opinion testimony should be judged just like any other testimony.  You may accept

7    it or reject it, and give it as much weight as you think it deserves, considering the witness'

8    education and experience, the reasons given for the opinion, and all the other evidence in the

9    case.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
27    Instructions for the Ninth Circuit, § 4.17 [2006 Edition - West Publishing Co.]

28    [Opinion Evidence, Expert Witness]

1      COURT'S INSTRUCTION NO. ___

2      GOVERNMENT'S PROPOSED INSTRUCTION NO. __

3

4          When you begin your deliberations, you should elect one member of the jury as your

5      foreperson.  That person will preside over the deliberations and speak for you here in court.

6          You will then discuss the case with your fellow jurors to reach agreement if you can

7      do so.  Your verdict, whether guilty or not guilty, must be unanimous.

8          Each of you must decide the case for yourself, but you should do so only after you

9      have considered all the evidence, discussed it fully with the other jurors, and listened to the

10     views of your fellow jurors.

11         Do not be afraid to change your opinion if the discussion persuades you that you

12     should.  But do not come to a decision simply because other jurors think it is right.

13         It is important that you attempt to reach a unanimous verdict but, of course, only if

14     each of you can do so after having made your own conscientious decision.  Do not change an

15     honest belief about the weight and effect of the evidence simply to reach a verdict.

16

17

18

19

20

21

22

23

24

25

26     Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury
27     Instructions for the Ninth Circuit, § 7.1 [2006 Edition - West Publishing Co.]

28     [Duty to Deliberate]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NO. ____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


Some of you have taken notes during the trial.  Whether or not you took notes, you should rely on your own memory of what was said.  Notes are only to assist your memory. You should not be overly influenced by the notes.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.3 [2006 Edition - West Publishing Co.]

[Notes]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


Your verdict must be based solely on the evidence and on the law as I have given it to you in these instructions.  However, nothing that I have said or done is intended to suggest what your verdict should be–that is entirely for you to decide.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.2 [2006 Edition - West Publishing Co.]

[Consideration of Evidence]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


     The punishment provided by law for this crime is for the court to decide.  You may not consider punishment in deciding whether the Government has proved its case against the defendant beyond a reasonable doubt.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.4 [2006 Edition - West Publishing Co.]

[Jury Consideration of Punishment]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __

A verdict form has been prepared for you. [Any explanation of the verdict form may be given at this time.]   After you have reached unanimous agreement on a verdict, your foreperson will fill in the form that has been given to you, sign and date it and advise the bailiff that you are ready to return to the courtroom.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.5 [2006 Edition - West Publishing Co.]

[Verdict Form]

COURT'S INSTRUCTION NO. ___

GOVERNMENT'S PROPOSED INSTRUCTION NO. __


If it becomes necessary during your deliberations to communicate with me, you may send a note through [the baliff], signed by your foreperson or by one or more members of the jury. No member of the jury should ever attempt to communicate with me except by a signed writing, and I will respond to the jury concerning the case only in writing, or here in open court. If you send out a question, I will consult with the lawyers before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone--including me--how the jury stands, numerically or otherwise, on the question of the guilty of the defendant, until after you have reached a unanimous verdict or have been discharged.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.6 [2006 Edition - West Publishing Co.][Modified]

[Communication with the Court]

08CR0371-IEG