**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
Candis_Mitchell@fd.org

Attorneys for Ms. Priscilla Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR371-IEG |
| Plaintiff, ) | |
| v. ) | **APPLICATION FOR AN ORDER AUTHORIZING DEFENSE TO BRING COMPUTER EQUIPMENT TO COURTROOM** |
| **PRISCILLA HERNANDEZ**, ) | |
| Defendant. ) | |

Defense counsel anticipates using the electronic equipment (projector, ELMO unit, laptop computer and carrying case for all) during trial on June 10-11, 2008, due to the nature of some of the discovery. Therefore, counsel requests the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment.

Respectfully submitted,

Date: June 6, 2008

*/s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Hernandez

08CR371-IEG