UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR0371-IEG |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADMITTING COMPUTER EQUIPMENT INTO COURTROOM** |
| **PRISCILLA HERNANDEZ**, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that counsel for Ms. Hernandez or employees of the Federal Defenders of San Diego, Inc., may bring electronic equipment (projector, ELMO unit, laptop computer and carrying cart for all) into Courtroom 1 for trial on June 10-11, 2008, in the above-captioned case.

**DATED: June 9, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

08CR371-IEG