**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Ms. Priscilla Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR371-IEG |
| Plaintiff, ) | DATE: JUNE 10, 2008 |
| ) | TIME: 9.00 A.M. |
| v. ) | |
| PRISCILLA HERNANDEZ, ) | **MOTION TO ORDER MARSHALS SERVICE TO PROVIDE TRIAL EXPENSES DURING TRIAL PURSUANT TO 18 USC §4285** |
| Defendant. ) | |

**I.**

**STATEMENT OF FACTS**

Ms. Hernandez was originally arrested on January 30, 2008 in Calexico, California. She was arraigned in El Centro, California before the Honorable United States Magistrate Peter C. Lewis in he Southern District of California. Ms. Hernandez was declared indigent and the undersigned was appointed as counsel on her behalf in January 2008. Her financial situation has not changed since the date of her appointment of counsel. She currently resides on bond in Van Nuys, California.

Her jury trial begins March, 25, 2008 in front of the Honorable Judge Gonzalez. Ms. Hernandez cannot afford his transportation to San Diego for trial, nor the cost of lodging during trial. The maximum length of trial is expected to be three days.

/ / /

## II.

**THIS COURT CAN ORDER THE MARSHALS TO PAY FOR TRAVEL EXPENSES TO ENABLE DEFENDANTS TO APPEAR AT JUDICIAL PROCEEDINGS**

Title 18 U.S.C. §4285 provides that where a defendant is financially unable to pay her own transportation, this Court has the authority to order her non-custodial transportation or order the United States Marshals Service to pay for her fare. 18 U.S.C. § 4285.[1] The statute authorizes payment only for the travel to court and subsistence during the period of travel. United States v. Gundersen, 978 F.2d 580, 584 (10th Cir.1992); United States v. Nave, 733 F.Supp. 1002 (D.Md.1990).

Here, Ms. Hernandez seeks travel reimbursement for her expenses incurred, namely, gas and subsistence, specifically: three night's lodging (she plans to stay at a Motel 6 or the equivalent and will save all receipts) since she will have to leave on Monday, June 9, 2008, and spend the night to arrive in San Diego in time for her 9:00 a.m. trial appearance on Tuesday, June 10, and other expenses incurred while traveling from Van Nuys, California to San Diego, California.

She respectfully requests that this Court order travel expenses and subsistence be paid by the United States Marshals Service pursuant to 18 U.S.C. § 4285.

## III.

## CONCLUSION

For the foregoing reasons, Ms. Hernandez respectfully requests that this Court grant this motions.

Respectfully submitted,

DATED: June 9, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Hernandez
candis_mitchell@fd.org

---

[1] 18 U.S.C. §4285 provides in pertinent part, "Any judge or magistrate of the United States ... may, when the interests of justice would be served thereby ..., direct the United States marshal to ... furnish the fare for [the defendant's] transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination...."