UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO.: 08CR371-IEG |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff,          ) | |
| v.          ) | |
| ) | |
| **PRISCILLA HERNANDEZ,**          ) | |
| ) | |
| Defendant.          ) | |
| ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>Randy Jones
>Assistant United States Attorney
>880 Front Street
>San Diego, CA 92101

and mailed to:

>Priscilla Hernandez
>6666 Sepulveda Blvd.
>Apt #119
>Van Nuys, CA 91411

Dated: June 9, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org