FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRISCILLA HERNANDEZ, ) <br> ) <br> Defendant. ) | CASE NO.: 08CR0371-IEG <br><br> **ORDER FOR UNITED STATES MARSHALS SERVICE TO PROVIDE TRAVEL AND SUBSISTENCE FUNDS UNDER 18 U.S.C. §4285** |

**IT IS HEREBY ORDERED** that the United States Marshals Service provide transportation and three nights' subsistence funds to enable Priscilla Hernandez to travel to the courthouse of the Southern District of California in San Diego, California from her place of residence in Van Nuys, California for her trial from June 10-12, 2008.

**SO ORDERED.**

DATED: 6/10/08

HONORABLE IRMA E. GONZALEZ
United States District Court Judge