1  **CANDIS MITCHELL**
California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5

Attorneys for Ms. Priscilla Hernandez
6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE IRMA E. GONZALEZ)**

11  UNITED STATES OF AMERICA,       )   CASE NO.: 08CR371-IEG
                                    )
12          Plaintiff,               )   DATE: June 17, 2008
                                    )   TIME: 8:30 a.m.
13  v.                              )
                                    )   **NOTICE OF MOTION TO DECLARE A**
14  **PRISCILLA HERNANDEZ**,         )   **MISTRIAL**
                                    )
15          Defendant.               )
    _____     )   _____
16

17  TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
          RANDY JONES, ASSISTANT UNITED STATES ATTORNEY
18

19
    **PLEASE TAKE NOTICE** that, on June 17, 2008, at 8:30 a.m., or as soon thereafter as counsel
20
    may be heard, the accused, Priscilla Hernandez, by and through her attorneys, Candis Mitchell, Victor
21
    Pippins and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the
22
    motions outlined below.
23

24                                    **MOTIONS**

25      Priscilla Hernandez, by and through her counsel, Candis Mitchell, Victor Pippins, and Federal

26  Defenders of San Diego, Inc., brings this motion to:

27  1)    Declare a Mistrial.

28  / / /

1 | Ms. Hernandez brings this motion pursuant to the Fourth, Fifth and Sixth Amendments to the
2 | United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and
3 | local rules. This motion is based on the previously submitted statement of facts and memorandum of
4 | points and authorities.

Respectfully submitted,

Dated: June 16, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Hernandez
candis_mitchell@fd.org