MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WITNESS LIST

USA       VS       Piscilla Hernandez

Type of Hearing: JURY TRIAL

Case Number: 08CR0371-IEG

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| June 10, 2008 | X | | MICHAEL HUNT |
| June 10, 2008 | X | | RICHARD MENDIBLES |
| June 10, 2008 | X | | LON ANDERSON |
| June 10, 2008 | X | | ROBERT FEJERAN |
| June 10, 2008 | X | | RUSSELL VENSK |
| June 11, 2008 | | X | PRISCILLA HERNANDEZ |
| June 11, 2008 | | X | MARTHA CLAUDIA CUEVAS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

| USA | VS | Piscilla Hernandez |

X  Plaintiff _____ Defendant _____ Court     Type of Hearing: JURY TRIAL

Case Number: 08CR0371-IEG

| NO. | MARKED | REC'VD | DESCRIPTION |
|-----|--------|--------|-------------|
| 1 | June 10, 2008 | June 10, 2008 | Photograph of Calexico, West POE |
| 2 | June 10, 2008 | June 10, 2008 | Full side view of 1998 Kia Sephia |
| 3 | June 10, 2008 | June 10, 2008 | Rear Window View of Temporary Registration Sticker |
| 4 | June 10, 2008 | June 10, 2008 | Inside Driver Side View |
| 5 | June 10, 2008 | June 10, 2008 | Inside Front passenger view of car |
| 6 | June 10, 2008 | June 10, 2008 | Rear Trunk view (with spare tire) |
| 7 | June 10, 2008 | June 10, 2008 | Top Bumper view (with package showing) |
| 8 | June 10, 2008 | June 10, 2008 | Tire with package showing |
| 9 | June 10, 2008 | June 10, 2008 | Rear bumper with package showing |
| 10 | June 10, 2008 | June 10, 2008 | Front bumper with package showing |
| 11 | June 10, 2008 | June 10, 2008 | Right rear door after removal |
| 12 | June 10, 2008 | June 10, 2008 | Left rear door after removal |
| 13 | June 10, 2008 | June 10, 2008 | Marijuana from car |
| 14 | June 10, 2008 | | Drug value Chart |
| 15 | | | Defendant's mug shot |
| 16 | June 10, 2008 | | Incident report by Officer Michael Hunt |
| 17 | June 10, 2008 | | Incident report by Officer Richard Mendibles |
| 18 | June 10, 2008 | June 10, 2008 | Bag of marijuana. |
| 19 | June 10, 2008 | June 10, 2008 | Temporary Operation Permit from DMV |
| 20 | June 10, 2008 | June 10, 2008 | Application for operation from DMV |
| 21 | June 10, 2008 | June 10, 2008 | Release of Liabilty to Carlos Mendoza |
| 22 | June 10, 2008 | June 10, 2008 | DMV re Salvage vehicle |
| 23 | June 10, 2008 | | DMV cover sheet re Officer Vensk request of paperwork from them. |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                          VS                    Piscilla Hernandez

Plaintiff    X   Defendant    Court    Type of Hearing: JURY TRIAL

Case Number: 08CR0371-IEG

| NO. | MARKED | REC'VD | DESCRIPTION |
|-----|--------|--------|-------------|
| A | June 10, 2008 | June 10, 2008 | Referral Slip filled out by Officer Michael Hunt |
| B | June 10, 2008 | June 10, 2008 | Photo of marijuana packages |
| C | June 10, 2008 | | Report written by Officer Russell Vensk |
| D | June 11, 2008 | June 11, 2008 | Copy of Receipt 1/12/2008 Piscilla Hernandez Permit to Register DMV |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

| USA | VS | Piscilla Hernandez |
|---|---|---|

Plaintiff _____ Defendant __X__ Court _____   Type of Hearing: JURY TRIAL

Case Number: 08CR0371-IEG

| NO. | MARKED | REC'VD | DESCRIPTION |
|---|---|---|---|
| 1 | June 12, 2008 | | Jury Note re documents in glove box. |
| 2 | June 12, 2008 | | Judge's response to Jury re Exhibit 1 |
| 3 | June 12, 2008 | | Jury Note re air freshener. |
| 4 | June 12, 2008 | | Judge's response to Jury re Exhibit 3. |
| 5 | June 12, 2008 | | Jury Note re officer reports. |
| 6 | June 12, 2008 | | Judge's response to Jury re Exhibit 6 |
| 7 | June 12, 2008 | | Jury note re excused for the day. |
| 8 | June 16, 2008 | | Jury note re jurors concern of stranger asking about Hernandez sentence. |
| 9 | June 16, 2008 | | Self-Directed Team Building "Consensus is" |
| 10 | June 17, 2008 | | Jury Note re vedict |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |