## Jurors Question

Case No. 08cr0371-IEG
USA v Hernandez

① When any documents (Reg Card or other) found in glove box? After 2nd inspection.

Date:
Time:



Signed: [signature]
Print name: Miguel Pulido

6/12/08

Exhibits 19 & 20 were the
the documents found in the car
after the inspections.

    Judge Gonzalez

COURT
EXHIBIT
2

# Jurors Question

Case No. 08cr0371-IEG
USA v Hernandez

What was the temp. on the day in question? — Jan 30th 3:45pm

Was the 2nd air freshner on the key ring or the shifter? Ex B. 5

COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. #08CR0371 IEG
DATE: 6/12/08

Date: 6/12
Time: 1045

Signed: _____
Print name: Larry Myers

6/12/08

You have to rely on all the exhibits and the testimony to answer your question.

Judge Gonzalez

COURT'S
EXHIBIT NO. 4
IDENTIFICATION/EVIDENCE
DKT. # 08cr 371
DATE: 6/12/08

# Jurors Question

Case No. 08cr0371-IEG
USA v Hernandez

Are there copies of the reports that are for Exhibits? (from 1st officer and 2nd officer & secondary) statements.

COURT'S
EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT. # 08CR 371
DATE: 6-12-08

Date: 6/12/08
Time: 1:45pm

Signed: [signature]
Print name: Miguel Pulido

6/12/08

You have in the jury deliberation room every exhibit that has been received in evidence.

Judge Gonzalez



COURT'S EXHIBIT NO. 6
IDENTIFICATION/EVIDENCE
DKT. # 08 CR 371
DATE: 6-12-08

- WE DO NOT BELIEVE that CONSENSUS will be REACHED TODAY.
- JUROR #3 HAS A FUNERAL to ATTEND TOMMORROW IN MODESTO.

L. MYERS FOREMAN
6/12/08  1542



COURT'S
EXHIBIT NO. 7
IDENTIFICATION/EVIDENCE
DKT. # 08 CR 371
DATE: 6·12·08

6/16/08  $815

Judge Gonzalez,

One of the jurors approached me, in confidence, and stated that as she entered the federal building, a "street person" approached the guards and asked "what time is the Hernandez sentencing, section 1, 4th floor". The guards shooed the person away and then got on a small bike and rode away. The juror took a "inference" from this.

Regards, Larry Myers



# Consensus is

"a decision that the majority favors, and that the minority, after being heard and having had ample time to persuade and influence the majority, agrees to support and implement."

Dr. Edward Glassman, "Self-Directed Team Building without a Consultant," Copyright 1992




COURT'S
EXHIBIT NO. 9
IDENTIFICATION/EVIDENCE
DKT. # 08CR0371IEG
DATE: 6/16/08

## Jurors Question

Case No. 08cr0371-IEG
USA v Hernandez

We are unable to reach a verdict.



Date: 6/17/08
Time: 12:42

Signed: [signature]
Print name: LARRY MYERS