UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -2 AM 10: 39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>PRISCILLA HERNANDEZ,<br><br>               Defendant. | CASE NO. 08CR0371-IEG<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: __21:841(a)(1); 21:952,960 of the Indictment.__

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

**DATED:** July 1, 2008

                                                 _Irma E. Gonzalez_
                                                 IRMA E. GONZALEZ, Chief Judge
                                                 United States District Court

I have executed within __Judgment of dismissal__
Judgement and Commitment on __7/1/08__
        United States Marshal
By: _____
     USMS Criminal Section